425 A.2d 21

Commonwealth v. Croft, Appellant.

 Submitted September 13, 1979. Daniel H. Greene, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.

Order affirmed.